# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00030-MR-WCM-6

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES DONALD TAYLOR, )<br>a/k/a "Tank," )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice [Doc. 148].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 148] is **GRANTED**, and Counts One, Five, Six, and Seven of the Bill of Indictment in this case are hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant James Donald Taylor only.

**IT IS SO ORDERED.**

Signed: March 4, 2019

Martin Reidinger
United States District Judge